UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA NIXON,** ) | NO. EDCV 09-00391-MAN |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: September 14, 2010

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE