1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 RHONDA NIXON,                    )   No.  EDCV 09-391 MAN
11                                  )
12     Plaintiff,                   )   [PROPOSED] ORDER AWARDING
                                    )   EAJA FEES
13     v.                           )
14                                  )
   MICHAEL J. ASTRUE,               )
15 Commissioner Of Social Security, )
16                                  )
       Defendant.                   )
17 _____

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND SEVEN HUNDRED  DOLLARS AND 00/100 ($2,700.00) subject to
21 the terms of the stipulation.
22     **IT IS SO ORDERED.**
23
24
25 DATE:  December 14, 2010
                                    _____
26                                          *Margaret A. Nagle*
27                                   MARGARET A. NAGLE
                                     UNITED STATES MAGISTRATE JUDGE
28

-1-